445 A.2d 97

**FIRST PENNSYLVANIA BANK, N. A., Appellant,**

v.

**LANCASTER COUNTY TAX CLAIM BUREAU and Della Becker.**

Supreme Court of Pennsylvania.

Argued April 20, 1982.

Decided May 19, 1982.

Richard M. Shusterman, Lawrence T. Bowman, Philadelphia, for appellant.

David Greer, Lancaster, for Lancaster Co.

Maurice M. Green, Philadelphia, for Della Becker.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## DECREE

PER CURIAM.

Appeal, 44 Pa.Cmwlth, 301, 404 A.2d 709, dismissed as having been improvidently granted.